EASTERN DIST.
*May*, 1840.

BLIIHER
*vs.*
HOWELL AND
JOHNSON.

---

### BLIIHER *vs.* HOWELL AND JOHNSON.

#### APPEAL FROM THE COMMERCIAL COURT OF NEW-ORLEANS.

Appeal dismissed, because there was neither statement of facts, bills of exception, or assignment of errors, to enable the court to try the case on its merits.

This is an action on a due bill, payable to J. Shill & Co., and by them transferred to the plaintiff. Judgment by default was made final without any appearance of the defendants ; and from which they appealed.

*Bartlette,* for plaintiff.

*Randall,* contra.

*Morphy, J.,* delivered the opinion of the court.

The defendants have appealed from a judgment decreeing them, *in solido*, to pay the amount of a due bill which they had subscribed in favor of John Shill & Co., and which the latter transferred to plaintiff. The record contains no statement of facts, or bills of exceptions ; nor is there any assignment of errors as apparent on its face, regularly made in this court, as required by the Code of Practice, articles 586, 896, 897.

It is, therefore, ordered, that this appeal be dismissed, at the cost of the appellants.